HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST-HARDWICK MARINE, LLC, an Alaska limited liability company, | IN ADMIRALTY |
| Plaintiff, | NO.  10-1493 MJP |
| v. | |
| SPIRIT OF DISCOVERY, Official Number 574958, her engines, furniture and appurtenances, *In Rem*; | CORPORATE DISCLOSURE STATEMENT |
| and | |
| WEST TRAVEL, INC., a Washington corporation, *In Personam*, | |
| Defendants. | |

For the purposes of Fed. R. Civ. P. 7.1, West-Hardwick Marine, LLC does not have any parent companies, subsidiaries or affiliates that are publically traded.

//
//
//
//
//

CASE NO.:10-1493 MJP
CORPORATE DISCLOSURE STATEMENT- 1

YOUNG *de*NORMANDIE

SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON  98101
Phone: (206) 224-9818  Fax: (206) 623-6923

//

DATED this 21st day of September, 2010 at Seattle, Washington.

        s/ John G. Young_____
State Bar Number 12890
s/ Markos Scheer_____
State Bar Number 29233
s/ Luke M. LaRiviere_____
State Bar Number 32039
YOUNG deNORMANDIE, P.C.
1191 Second Avenue, Suite 1901
Seattle, Washington 98101
Telephone: (206) 224-9818
Facsimile: (206) 623-6923
E-mail: jgyoung@ydnlaw.com
E-mail: mscheer@ydnlaw.com
Email: llariviere@ydnlaw.com
Attorneys for Plaintiff West-Hardwick Marine, LLC

M:\Data\N-Z\West Hardwick Marine\Spirit of Discovery\Pleadings\Corporate Disclosure Statement - Discovery.doc

CASE NO.:10-1493 MJP
CORPORATE DISCLOSURE STATEMENT- 2

YOUNG *de*NORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818  Fax: (206) 623-6923